SCHULTHEISS, Special Administrator, Respondent, vs. KLASS and another, Appellants.

For the appellants: *Barber, Keefe, Patri & Horwitz* of Oshkosh.

For the respondent: *Joseph E. Housner* and *Victor J. O'Kelliher,* both of Oconto.

*By the Court.*—Judgment affirmed.

SIMAC (NICK), Respondent, vs. DARROW and another, Appellants.

For the appellants: *Rouiller & Dougherty* of Milwaukee, attorneys, and *John E. Martin* of Green Bay of counsel.

For the respondent: *Frank W. Carter* of Eagle River, attorney, and *O'Melia & Kaye* of Rhinelander of counsel.

*By the Court.*—Judgment affirmed.